IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STABL INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>    Defendants. | 8:16CV233<br><br>ORDER |
| STATE OF NEBRASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>    Defendants. | 8:16CV351<br><br>ORDER |

This matter comes before the Court on the parties' Second Joint Motion to Extend Expert Deadlines (Filing No. 73 in Case No. 8:16cv233; Filing No. 81 in Case No. 8:16cv351). Having reviewed the joint motion and for good cause shown,

**IT IS ORDERED** that the Second Joint Motion to Extend Expert Deadlines (Filing No. 73 in Case No. 8:16cv233; Filing No. 81 in Case No. 8:16cv351) is granted. The provisions of the Court's earlier, final progression orders remain in effect, and in addition to those provisions, the following shall apply:

    1.   **Disclosure of Expert Witnesses.[1]** Each plaintiff, counter-claimant, and cross-claimant shall identify expert witnesses by **January 10, 2018**, and shall serve expert reports by **March 15, 2018**. Each defendant, counter-defendant, and cross-defendant shall identify expert witnesses by **January 10, 2018,** and shall serve expert reports by **April 16, 2018**. If necessary to

---

[1] A treating physician must be identified pursuant to Fed. R. Civ. P. 26(a)(2)(A), but a treating physician is not deemed to be "retained or specially employed to provide expert testimony in the case" so as to require a written report under Fed. R. Civ. P. 26(a)(2)(B).

refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **February 26, 2018**, and shall serve additional expert reports by **May 7, 2018**, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of depositions. Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e). The testimony of the expert at trial shall be limited to the information disclosed in accordance with this paragraph.

Dated this 11th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge