# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STABL INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>        Defendants. | **8:16CV233**<br><br>**ORDER** |
| STATE OF NEBRASKA,<br><br>        Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>       Defendants. | **8:16CV351**<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Motion to Extend Deadlines and Request for a Planning Conference (Filing No. 83 in Case No. 8:16cv233; Filing No. 91 in Case No. 8:16cv351). Having reviewed the joint motion and for good cause shown,

**IT IS ORDERED:**

1. The Joint Motion to Deadlines and Request for a Planning Conference (Filing No. 83 in Case No. 8:16cv233; Filing No. 91 in Case No. 8:16cv351) is granted.
2. The undersigned magistrate judge will hold a telephone Planning Conference on **March 15, 2018, at 2:00 p.m.** with counsel for all parties. A separate order will be entered with Case Conference Instructions.
3. All case progression deadlines are stayed pending the entrance of an amended case progression schedule following the Planning Conference.

Dated this 23rd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge