IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STABL INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>        Defendants. | **8:16CV233**<br><br>**ORDER** |
| STATE OF NEBRASKA,<br><br>        Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>       Defendants. | **8:16CV351**<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 16 concerning matters of importance in scheduling this case, and in accordance with the matters discussed at the telephone status conference on March 15, 2018,

**IT IS ORDERED:**

1. The deadlines for the parties to file briefs and supporting evidence with respect to Plaintiffs' pending Motions to Quash, for Protective order, and to Stay Rule 30(b)(6) Depositions (Filing Nos. 88 and 89 in Case No. 8:16cv233; Filing Nos. 96 and 97 in Case No. 8:16cv351) are as follows:

    a. Plaintiffs shall file their briefs and evidence in support of the motions on or before **April 6, 2018**;

    b. Defendants shall file their briefs and evidence in response to the motions on or before **April 20, 2018**; and

    c. Plaintiffs may file their briefs and evidence in reply on or before **April 27, 2018**.

2. Plaintiff State of Nebraska's 30(b)(6) deposition noticed for March 21, 2018, and Plaintiff United States' 30(b)(6) deposition noticed for March 23, 2018, shall be stayed until the Court rules on Plaintiffs' outstanding Motions to Quash, for Protective order, and to Stay Rule 30(b)(6) Depositions (Filing Nos. 88 and 89 in Case No. 8:16cv233; Filing Nos. 96 and 97 in Case No. 8:16cv351).
3. In accordance with the Court's prior Order (Filing No. 84 in Case No. 8:16cv233; Filing No. 92 in Case No. 8:16cv351) and the discussion during the status conference, all pending case progression deadlines, including the expert report, written discovery, discovery motion, and deposition deadlines, are stayed pending further order of the Court.
4. The undersigned magistrate judge will hold a telephonic status conference on **Friday, May 4, 2018, at 11:00 a.m.** with counsel for all parties. Case conference instructions are located at Filing No. 85 in Case No. 8:16cv233 and 93 in Case No. 8:16cv351.

Dated this 16th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge