IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STABL INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>Defendants. | **8:16CV233**<br><br>**ORDER** |
| STATE OF NEBRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>Defendants. | **8:16CV351**<br><br>**ORDER** |

This matter comes before the Court following a telephone conference requested by Defendants in their Objection to the Sealed Order for Prejudgment Writ (Filing No. 142 in the Lead Case; Filing No. 139 in the Member Case). In accordance with the discussion held with counsel during the telephone conference,

**IT IS ORDERED:**

1. On or before **August 10, 2018**, the parties are to meet and confer to discuss modification of the prejudgment writ of garnishment. The parties shall submit a joint proposed Order to the undersigned magistrate judge in the event the parties reach an agreement.

2. On or before **August 17, 2018**, Defendants may file a motion to quash the order granting the prejudgment writ. See 28 U.S.C. § 3101(d)(2). The Plaintiffs shall file any responses to the motion on or before **August 31, 2018.** No further briefing may be filed without leave of court.

3. A four-hour evidentiary hearing on the Defendants' motion to quash pursuant to 28 U.S.C. § 3101(d)(2) is set for **September 6, 2018, at 9:30 a.m.** in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before the undersigned magistrate judge.

Dated this 2nd day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge