IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>STABL, INC., (f/k/a Nebraska By-Products, Inc.); LANT, INC.; LEON JOHNSON; and ANN JOHNSON,<br>     Defendants. | 8:16CV233<br><br>**STIPULATED ORDER** |

  Pursuant to prior direction from this Court, the United States, State of Nebraska, and Defendants conferred with regard to the "Order for Prejudgment Writ" ([Filing No. 136](#)), and submitted a Stipulation ([Filing No. 150](#)) to the Court. The Court hereby approves the parties' stipulation and agreement. Accordingly,

  **IT IS ORDERED** that the parties' Stipulated Order ([Filing No. 150](#)) is approved.

  **IT IS FUTHER ORDERED:**

  1) That the "Prejudgment Writ of Garnishment Edward Jones, Garnishee" served and issued pursuant to this Court's July 9, 2018, "Order For Prejudgment Writ" ([Filing No. 136](#)) is dismissed and terminated in its entirety; and the Plaintiff United States of America shall immediately notify Edward Jones (a/k/a Edward D. Jones & Co. L.P.) of this Order;

  2) That because the parties are not in agreement with regard to the "Prejudgment Writ of Garnishment Waddell & Reed, Garnishee," similarly issued pursuant to this Court's July 9, 2018 "Order For Prejudgment Writ" ([Filing No. 136](#)), the dismissal, termination, modification, and/or continuation of such writ shall be considered at a hearing pursuant to [28 U.S.C. § 3101(d)(2)](#), presently scheduled to begin on September 6, 2018, at 9:30 a.m. in the United States District Court, for the District of Nebraska, 111 S. 18th Plaza, Roman L Hruska U.S. Courthouse, Omaha, Nebraska.

  3) In accordance with the Court's previous Order ([Filing No. 147](#)), on or before August 17, 2018, Defendants shall file a motion to quash the disputed Prejudgment Writ. The Plaintiffs shall file any responses to the motion on or before August 31, 2018.

Dated this 11th day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge