# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, and ANN JOHNSON,<br><br>        Defendants. | 8:16CV233<br><br>AMENDED ORDER |

Upon the request of the parties,

**IT IS ORDERED:**

1) The non-jury trial of this case is set to commence before Laurie Smith Camp, Senior United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **Tuesday, May 19, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 1, 2020**, at **1:30 p.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **March 13, 2020**.

3) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 1st day of November, 2019.

                                            BY THE COURT:

                                            s./Michael D. Nelson<br>
                                            United States Magistrate Judge